# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Case No. 12-cv-00884-RM-KLM

WILLIAM MICHAEL SMITH,

    Plaintiff,

v.

STARWOOD ASPEN REALTY, LLC;
STARWOOD HOTELS & RESORTS WORLDWIDE, INC; and
COLORADO RSA NO. 3 LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS,

    Defendants.

## ORDER

This matter comes before the Court on the Parties' Notice of Settlement filed September 20, 2013 (ECF No. 52). The Court having reviewed the Notice hereby ORDERS as follows:

The parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before November 4, 2013, or a status report addressing why dismissal has not been accomplished.

IT IS FURTHER ORDERED that all future hearings and deadlines set before Judge Raymond P. Moore are **VACATED.**

Dated this day 23rd of September, 2013.

                              BY THE COURT:

                              _____
                              Raymond P. Moore
                              United States District Judge