**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Case No. 12-cv-00884-RM-KLM

WILLIAM MICHAEL SMITH,

    Plaintiff,

v.

STARWOOD ASPEN REALTY, LLC;
STARWOOD HOTELS & RESORTS WORLDWIDE, INC; and
COLORADO RSA NO. 3 LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS,

    Defendants.

---

## ORDER

---

THE COURT, having reviewed and considered the parties Stipulation of Dismissal With Prejudice (ECF No. 56) and being fully advised in the premises, HEREBY ORDERS that, Plaintiff's claims against Defendants are dismissed with prejudice and each party shall pay its own attorneys' fees and costs.

DATED this 3rd day of March, 2014.

BY THE COURT:

_____
Raymond P. Moore
United States District Judge